IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CV-181-GCM

| | |
|---|---|
| CHRISTY N. OBIMAH, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| AMERICAN RED CROSS, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Nicholas T. Moraites,** filed May 3, 2018 [doc. # 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Moraites is admitted to appear before this court *pro hac vice* on behalf of Defendant, American Red Cross.

**IT IS SO ORDERED.**

Signed: May 4, 2018

Graham C. Mullen
United States District Judge